**Opinion issued October 11, 2012**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

## NO. 01-12-00305-CR

————————————

**THANH NGUYEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1670951**

---

## MEMORANDUM OPINION

Appellant, Thanh Nguyen, has filed a "Request to Withdraw Appeal," in which he states that he does "not wish to further prosecute this appeal" and "request[s] that the notice of appeal be withdrawn." The Court construes this request as a motion to dismiss the appeal. The motion is signed by the appellant,

in compliance with Texas Rule of Appellate Procedure 42.2(a).  *See* TEX. R. APP. P. 42.2(a).  We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.

Do not publish.  TEX. R. APP. P. 47.2(b).